Argued July 12, affirmed. July 17, 1968

GUINETTE, *Respondent, v.* ASBAHR,
*Appellant.*

443 P. 2d 617

Robert J. Johnston, Portland, argued the cause and
filed a brief for appellant.

*Frederic P. Roehr III,* Portland, argued the cause
for respondent. On the brief were Vergeer, Samuels;
Cavanaugh & Roehr and Walter H. Sweek, Portland.

Before PERRY, Chief Justice, and SLOAN and GOOD-
WIN, Justices.

PER CURIAM.

Action on a promissory note. Defendant appeals
a judgment for plaintiff, contending that there was a
failure of proof.

On the issues made by the pleadings, the plaintiff's
evidence made a question for the trier of fact.

Affirmed.